## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

United States of America,

                    Plaintiffs,

        vs.

Wyatt Lahren,

                    Defendant.

**MOTION FOR FURLOUGH**

Case No.: 3:25-CR-00072

Defendant, Wyatt Lahren, by and through his attorney of record, Jamie L. Schaible, Barkus Law Firm, P.C., 3431 4th Avenue South, Suite 201, Fargo North Dakota 58103, moves this Honorable Court for a Furlough to attend a funeral on June 10, 2025.

Wyatt is currently attending inpatient treatment at The Ridge Treatment and Reentry Center in Fargo, ND. Wyatt respectfully requests to obtain a furlough so that he may attend the funeral of a very close friend, Jared Hopewell. Jared's funeral is on June 10, 2025 at 2:30 p.m. and is located at the Church of God Seventh Day, 3010 10th Ave N, Fargo, ND 58102. Wyatt would request this Court allow his attendance from 1:30 p.m. to 4:30 p.m. Attorney Schaible received confirmation from staff at the Ridge, and they are willing to provide transportation and supervision of Wyatt to, during and from the funeral service. Wyatt's mother, Kristie Lahren is also willing to transport Wyatt to and from the funeral service, as she plans to attend as well.

Wyatt will remain on his GPS ankle device that is monitored by pretrial services,

1

during the entirety of his furlough. Wyatt will follow any and all conditions this Court imposes for his furlough. After the service, Wyatt will immediately return to the Ridge.

Attorney Schaible has spoken to Pretrial Services and they remain neutral on this request. The government objects to the request and will file a response accordingly.

Dated this 5th day of June, 2025.

Respectfully submitted,

BARKUS LAW FIRM, P.C.

Jamie L. Schaible, ND ID #09855
3431 4th Avenue South, Suite 201
Fargo, North Dakota 58103
Tele: 701-532-2498
Email: jamie@barkuslawfirm.com
Eservice: eservice@barkuslawfirm.com
ATTORNEYS FOR DEFENDANT